## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BERKLEY NATIONAL INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:18-cv-195 |
| v. | § § | |
| XTO ENERGY, INC., | § § | |
| Defendant and Third-Party Plaintiff | § § § | |
| v. | § § | |
| COMMERCE AND INDUSTRY INSURANCE COMPANY, TORUS NATIONAL INSURANCE COMPANY, N/K/A STARSTONE NATIONAL INSURANCE COMPANY, AND SENECA SPECIALTY INSURANCE COMPANY, | § § § § § § § | |
| Third-Party Defendants. | § | |

### BERKLEY NATIONAL INSURANCE COMPANY'S
### MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Berkley National Insurance Company requests that the Court enter summary judgment in Berkley's favor on its declaratory judgment claim, and dismiss Defendant XTO Energy, Inc.'s counterclaims. This motion is based on the accompanying memorandum filed in accordance with Local Rule 7.1, together with all the files, records, and proceedings to date.

As the memorandum in support of Berkley's motion for summary judgment contains confidential information, Berkley is filing a copy of its memorandum with confidential

information redacted, as well as a complete copy of the memorandum under a motion for leave to seal.

                              Respectfully submitted,

                              */s/ Elizabeth H. Rivers*
                              Thomas C. Wright
                              Texas Bar No. 22059400
                              Elizabeth Rivers
                              Texas Bar No. 24052020
                              Natasha N. Taylor
                              Texas Bar No. 24071117
                              WRIGHT CLOSE & BARGER, LLP
                              One Riverway, Suite 2200
                              Houston, Texas 77056
                              (713) 572-4321
                              (713) 572-4320 (facsimile)
                              wright@wrightclosebarger.com
                              rivers@wrightclosebarger.com
                              taylor@wrightclosebarger.com

                              Corey J. Quinton (#05342)
                              FISHER BREN & SHERIDAN, LLP
                              3137 32nd Avenue South, Suite 212
                              Fargo, ND 58103
                              cquinton@fisherbren.com

                              Susan A. Daigle (#4459)
                              DAIGLE RAYBURN LLC
                              600 Jefferson Street, Suite 1200
                              P. 0. Box 3667
                              Lafayette, Louisiana 70501
                              Telephone: 337-234-7000
                              Facsimile: 337-237-0344
                              susan@djrlawfirm.com

                              **ATTORNEYS FOR BERKLEY NATIONAL INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of this document was served on all counsel of record in this case, identified below, on February 5, 2020, electronically through the electronic case filing system of the court:

| | |
|---|---|
| Joel A. Flom (#04469)<br>Jessica M. Rydell (#07801)<br>1703 – 32nd Avenue South<br>Fargo, ND 58103<br>(701) 280-1880 (facsimile)<br>joel@flomlaw.com<br>jessica@flomlaw.com<br><br>ATTORNEYS FOR COMMERCE AND INDUSTRY INSURANCE COMPANY<br><br>Mark A. Solhein<br>Richard W. Bale<br>Larson · King, LLP<br>30 East 7th Street, Suite 2800<br>St. Paul, MN 55101<br>(651) 312-6618 (facsimile)<br>msolheim@larsonking.com<br>rbale@larsonking.com<br><br>ATTORNEY FOR STARSTONE NATIONAL INSURANCE COMPANY | Leslie C. Thorne<br>Texas Bar No. 24046974<br>HAYNES AND BOONE, LLP<br>600 Congress, Suite 1300<br>Austin, Texas 78701<br>(512) 867-8470 (facsimile)<br>leslie.thorne@haynesboone.com<br><br>Ernest Martin, Jr.<br>Texas Bar No. 13063300<br>Carla Green<br>Texas Bar No. 24097762<br>HAYNES AND BOONE, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219<br>(214) 651-5940 (facsimile)<br>ernest.martin@haynesboone.com<br>carla.green@haynesboone.com<br><br>ATTORNEYS FOR XTO ENERGY, INC. |

                */s/ Elizabeth Rivers*
                Elizabeth Rivers