IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| BERKLEY NATIONAL INSURANCE COMPANY,<br><br>        Plaintiff<br><br>v.<br><br>XTO ENERGY, INC.,<br><br>        Defendant and Third-Party Plaintiff,<br><br>v.<br><br>COMMERCE AND INDUSTRY INSURANCE COMPANY, TORUS NATIONAL INSURANCE COMPANY n/k/a STARSTONE NATIONAL INSURANCE COMPANY, and SENECA SPECIALTY INSURANCE COMPANY,<br><br>        Third-Party Defendants. | Case No. 1:18-cv-00195-DLH-CSM<br><br><br><br>**STARSTONE NATIONAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

      Defendant StarStone National Insurance Company ("StarStone") hereby moves the Court pursuant to Federal Rules of Civil Procedure 56 for an Order: (1) dismissing the claims of Plaintiff XTO Energy, Inc. against StarStone, (2) granting StarStone's claim for a declaratory judgment that XTO is not entitled to additional insured coverage under the StarStone Umbrella Policy, and (3) granting StarStone's claim for a declaratory judgment that XTO is obligated to reimburse $5 million to StarStone.

      This Motion is based on the accompanying Memorandum, Declaration of Richard W. Bale and Exhibits filed in accordance with Local Rule 7.1, together with all the files, records, and proceedings to date.

Dated:  March 2, 2020

**LARSON · KING, LLP**

<u>s/Richard W. Bale</u>
Mark A. Solheim (ND Atty. No. 07634)
Richard W. Bale (admitted *pro hac vice*)
30 E. 7th Street, Suite 2800
St. Paul, MN 55101
Tel: (651) 312-6500
msolheim@larsonking.com
rbale@larsonking.com

*Counsel for Defendant*
*StarStone National Insurance Company*

1933420