IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| BERKLEY NATIONAL INSURANCE COMPANY, | § § § § § | |
| *Plaintiff,* | § | |
| v. | § § | C.A. NO. 1:18-CV-00195 |
| XTO ENERGY, INC., | § § | |
| *Defendant, Counter-Plaintiff and Third-Party Plaintiff,* | § § § | |
| v. | § § | |
| COMMERCE AND INDUSTRY INSURANCE COMPANY, TORUS NATIONAL INSURANCE COMPANY n/k/a STARSTONE NATIONAL INSURANCE COMPANY, and SENECA SPECIALTY INSURANCE COMPANY, | § § § § § § § | |
| *Third-Party Defendants.* | § | |

**DEFENDANT, COUNTER-PLAINTIFF AND THIRD-PARTY PLAINTIFF XTO ENERGY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST TORUS NATIONAL INSURANCE COMPANY n/k/a STARSTONE NATIONAL INSURANCE COMPANY**

Pursuant to Federal Rule of Civil Procedure 56(a), Defendant, Counter-Plaintiff and Third-Party Plaintiff XTO Energy, Inc. ("XTO"), hereby files this Motion for Partial Summary Judgment, and would respectfully show the Court as follows:

WHEREFORE, for all the reasons set forth in XTO's accompanying Memorandum, XTO respectfully requests that this Court grant its Motion and issue an order dismissing StarStone's following affirmative defenses: (1) there is no coverage for the Underlying Claims to the extent XTO and its contractors are not an insured or additional insured under the StarStone Policy (*see*

Doc. No. 32, ¶ 107); (2) there is no additional insured coverage for the Lawsuits for XTO and its contractors arising out of the acts or omissions of Badlands or XTO (*id.*, ¶¶ 109, 117); (3) there is no coverage for the Lawsuits due to the application of the MSA entered into between XTO and Badlands (*id.*, ¶ 116); (4) the pollution exclusions in the Seneca Policy and StarStone Policy bar coverage for the Lawsuit, including because coverage under the StarStone Policy is no broader than would be afforded by the underlying insurance   (*id.*, ¶¶110-11, 115).  XTO also moves for summary judgment that the Texas Oilfield Anti-Indemnity Act does not preclude any recovery by XTO under the StarStone Policy, which StarStone has alleged but not pled.

Dated:  April 22, 2020

Respectfully submitted,

*/s/  Leslie Thorne*
Leslie C. Thorne
Texas State Bar No.  24046974
leslie.thorne@haynesboone.com
HAYNES AND BOONE, L.L.P.
600 Congress Ave., Suite 1300
Austin TX 78701
Telephone: (512) 867-8400
Telecopier: (512) 867-8470 Facsimile

Ernest Martin, Jr.  *(pro hac vice pending)*
Texas State Bar No. 13063300
ernest.martin@haynesboone.com
Carla Green *(pro hac vice pending)*
Texas State Bar No. 24097762
carla.green@haynesboone.com
HAYNES AND BOONE, L.L.P.
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone:     (214) 651-5000
Telecopier: (214) 651-5940

**ATTORNEYS XTO ENERGY, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was sent to all parties of record pursuant to the ECF guidelines and the Federal Rules of Civil Procedure on this 22nd day of April, 2020.

                                            /s/ *Leslie Thorne*
                                            Leslie C. Thorne

DEFENDANT, COUNTER-PLAINTIFF AND THIRD-PARTY PLAINTIFF       Page 3
XTO ENERGY, INC'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST TORUS NATIONAL INSURANCE COMPANY n/k/a STARSTONE
NATIONAL INSURANCE COMPANY