IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| BERKLEY NATIONAL INSURANCE COMPANY, | § § § |
| Plaintiff, | § § |
| v. | §  CASE NO. 1:18-CV-00195-DLH-CSM § |
| XTO ENERGY, INC., | § § |
| Defendant, Counter-Plaintiff and Third-Party Plaintiff, | § § § |
| v. | § § |
| BERKLEY NATIONAL INSURANCE COMPANY, | § § § |
| Counter-Defendant | § § |
| -AND- | § § |
| COMMERCE AND INDUSTRY INSURANCE COMPANY, TORUS NATIONAL INSURANCE COMPANY n/k/a STARSTONE NATIONAL INSURANCE COMPANY, and SENECA SPECIALTY INSURANCE COMPANY | § § § § § § § |

**BERKLEY NATIONAL INSURANCE COMPANY'S UNOPPOSED
MOTION FOR EXTENSION TO REPLY TO XTO ENERGY, INC.'S
RESPONSE TO BERKLEY'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff/Counter-Defendant Berkley National Insurance Company ("Berkley") moves to extend its deadline to reply to XTO Energy, Inc.'s Response to Berkley's Motion for Summary Judgment [Doc. 109] and would respectfully show the Court as follows:

1. On April 24, 2020, Defendant/Counter-Plaintiff XTO Energy, Inc. ("XTO") filed its Response to Berkley's Motion for Summary Judgment. [Doc. 109] Berkley's deadline to reply is May 22, 2020.  [Doc. 96]

2. To allow sufficient time for Berkley to reply to XTO's response to Berkley's summary judgment motion—considering other briefing deadlines as well as the complications imposed by the ongoing pandemic—Berkley requests an extension of two weeks, making <u>June 5, 2020</u> its deadline to reply to Doc. 109.

3. Counsel for XTO does not oppose the relief requested in this Motion. Counsel for Berkley was similarly unopposed to XTO's requested extensions to respond to Berkley's summary judgment motion.

4. This request is not sought for the purpose of delay, but only so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Plaintiff/Counter-Defendant Berkley National Insurance Company respectfully requests that this Court grant the foregoing Motion and enter an order (1) extending Berkley's deadline to reply to XTO's response to Berkley's summary judgment motion to June 5, 2020; and (2) granting Berkley any and all other relief to which it may be entitled.

    Respectfully submitted,

    <u>/s/ Thomas C. Wright</u>
    Thomas C. Wright
    Texas Bar No. 22059400
    Elizabeth Rivers
    Texas Bar No. 24052020
    Natasha N. Taylor
    Texas Bar No. 24071117
    WRIGHT CLOSE & BARGER, LLP
    One Riverway, Suite 2200
    Houston, Texas 77056
    (713) 572-4321
    (713) 572-4320 (facsimile)
    wright@wrightclosebarger.com
    rivers@wrightclosebarger.com
    taylor@wrightclosebarger.com

        Corey J. Quinton (#05342)
        FISHER BREN & SHERIDAN, LLP
        3137 32nd Avenue South, Suite 212
        Fargo, ND 58103
        Telephone: 701-205-4242
        Fax: 701-364-5603
        cquinton@fisherbren.com

        Susan A. Daigle (#4459)
        DAIGLE RAYBURN LLC
        600 Jefferson Street, Suite 1200
        P. 0. Box 3667
        Lafayette, Louisiana 70501
        Telephone: 337-234-7000
        Facsimile: 337-237-0344
        susan@djrlawfirm.com
        **ATTORNEYS FOR BERKLEY NATIONAL INSURANCE COMPANY**

## CERTIFICATE OF CONFERENCE

On May 17, 2020, Counsel for Berkley National Insurance Company conferred with counsel for XTO Energy, Inc. regarding the relief sought in this motion. XTO is unopposed to the relief sought in Berkley's Motion.

        */s/ Elizabeth H. Rivers*
        Elizabeth H. Rivers

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent to all parties of record pursuant to the ECF guidelines and the Federal Rules of Civil Procedure on this 18th day of May 2020.

        */s/ Elizabeth H. Rivers*
        Elizabeth H. Rivers