IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| BERKLEY NATIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> XTO ENERGY, INC., <br><br> Defendant, Counter-Plaintiff and Third-Party Plaintiff, <br><br> v. <br><br> BERKLEY NATIONAL INSURANCE COMPANY, <br><br> Counter-Defendant <br><br> -AND- <br><br> COMMERCE AND INDUSTRY INSURANCE COMPANY, TORUS NATIONAL INSURANCE COMPANY n/k/a STARSTONE NATIONAL INSURANCE COMPANY, and SENECA SPECIALTY INSURANCE COMPANY | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § CASE NO. 1:18-CV-00195-DLH-CSM |

**ORDER GRANTING BERKLEY NATIONAL INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION TO REPLY TO XTO ENERGY, INC.'S RESPONSE TO BERKLEY'S MOTION FOR SUMMARY JUDGMENT**

Came for consideration this day Plaintiff/Counter-Defendant Berkley National Insurance Company's unopposed motion for extension to reply to XTO Energy, Inc.'s Response to Berkley's Motion for Summary Judgment. [Doc. 109] Upon review of the Motion, the Court is of the opinion that it should be GRANTED.

It is, therefore, ORDERED, that Berkley National Insurance Company is relieved of the existing deadline to reply to XTO Energy, Inc.'s Response to Berkley's Motion for Summary Judgment.

It is further ORDERED that Berkley National Insurance Company shall have up to and including June 5, 2020 in which to reply to XTO Energy, Inc.'s Response to Berkley's Motion for Summary Judgment.

SIGNED this _____ day of May, 2020

_____
UNITED STATES DISTRICT JUDGE