**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Berkley National Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | |
| | ) | **ORDER** |
| XTO Energy, Inc., | ) | |
| | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Commerce and Industry Insurance | ) | |
| Company, Torus National Insurance | ) | |
| Company, n/k/a Starstone National | ) | Case No. 1:18-cv-195 |
| Insurance Company, and Seneca Specialty | ) | |
| Insurance Company, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

Before the court is an "Agreed Motion to Amend Scheduling Discovery Plan" filed on November 11, 2021. The court **GRANTS** the motion (Doc. No. 191) and amends the pretrial deadlines as follows:

1.    The parties shall have until January 14, 2022, to complete fact discovery and to file discovery motions

2.    The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   a.    parties with the burden of proof shall have until February 11, 2022, to designate experts

   b.    parties without the burden of proof shall have until March 11, 2022, to

designate experts; and

    c.      parties shall have until April 8, 2022, to designate rebuttal experts.

3.      The parties shall have until May 6, 2022, to complete expert discovery.

4.      The parties shall have until June 3, 2022, to file dispositive motions.

**IT IS SO ORDERED.**

Dated this 12th day of November, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court