IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Berkley National Insurance Company, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> XTO Energy, Inc, ) <br> ) <br> Defendant and Third-Party ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Commerce and Industry Insurance ) <br> Company, Torus National Insurance ) <br> Company, n/k/a Starstone National ) <br> Insurance Company, and Seneca Speciality ) <br> Insurance Company, ) <br> ) <br> Third-Party Defendants. ) | **ORDER** <br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 1:18-cv-195 |

On November 23, 2022, the parties filed a "Joint Motion to Amend Scheduling Discovery Plan." (Doc. No. 214).[1] The court **GRANTS** the motion (Doc. No. 214) and amends the pretrial deadlines as follows:

1. All fact discovery will be completed by the following deadline, with all discovery pursuant to Rules 33, 34, and 36 to be served a minimum of thirty-three (33) days prior to the deadline: April 3, 2023.

2. The parties shall have until April 14, 2023, to designate expert witnesses. The parties shall have until May 15, 2023, to designate rebuttal experts.

---

[1] In their motion the parties propose deadlines that fall within calendar year 2022. As this appears to be a scrivener's error, the court shall operate as if the parties have requested deadlines that fall within calendar year 2023.

1

3. The parties shall have until June 14, 2023, to complete expert discovery.

4. The parties shall have until June 28, 2023, to file dispositive motions.

**IT IS SO ORDERED.**

Dated this 28th day of November, 2022.

> _/s/ Clare R. Hochhalter_
> Clare R. Hochhalter, Magistrate Judge
> United States District Court