IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Berkley National Insurance Company, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| XTO Energy, Inc., | ) | Case No. 1:18-cv-195 |
| | ) | |
| Defendant, and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Commerce and Industry Insurance | ) | |
| Company, Torus National Insurance | ) | |
| Company n/k/a StarStone National | ) | |
| Insurance Company, and Seneca | ) | |
| Specialty Insurance Company, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

On October 11, 2023, the Parties filed a "Joint Motion Regarding Expert Witness Discovery and Dispositive Motion Deadlines." (Doc. No. 240). They request that the court extend the deadlines to complete expert depositions and file dispositive and *Daubert* motions.

The court **GRANTS** the Parties' motion (Doc. No 240). The parties shall have until November 22, 2023, to complete expert depositions. The parties shall have until December 22, 2023, to file dispositive and *Daubert* motions.

To ensure there is sufficient time for the briefing and consideration of any additional dispositive or *Daubert* motions that may be filed, the court, on its own motion, shall continue the trial. Accordingly, the final pretrial conference set for April 9, 2024, shall be rescheduled for

1

October 8, 2024, by telephone before the magistrate judge.  To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.  The jury trial scheduled for April 22, 2024, shall be rescheduled for October 21, 2024, at 9:00 AM in Bismarck (Eagle courtroom) before Judge Hovland.  A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 13th day of October, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court